PATTEN (GILL v.). See Cases Nos. 5,427 and 5,428.

PATTEN (LADD v.). See Case No. 7,973.

PATTEN (UNITED STATES v.). See Case No. 16,007.

---

## Case No. 10,813.

### PATTEN v. WASHINGTON.

[3 Cranch, C. C. 654.] [1]

Circuit Court, District of Columbia. Dec., 1829.

**JUSTICE OF PEACE — AUTHORITY TO TAKE BOND FOR GOOD BEHAVIOR—COMMON PROSTITUTE.**

A justice of the peace in the city of Washington has authority, under the charter of May 4, 1812, and the by-law of the 16th of December, 1812, section 7, to require a common prostitute to give security for her good behavior; and has jurisdiction of a suit upon the bond given therefor; the penalty not exceeding $20.

Appeal from the judgment of Mr. Justice Wharton, for $20, the penalty of a bond here-

---

[1] [Reported by Hon. William Cranch, Chief Judge.]

tofore taken by him from Dolly Ann Patten, a notorious common prostitute, and keeper of a brothel, under the seventh section of the by-law of the corporation of Washington, of December 16, 1812.

Judgment affirmed with costs.